BERNARD LUTSKY, Appellant, *v.* ROGER DUNSCOMBE et al., Copartners, Doing Business under the Name of DUNSCOMBE & Co., Respondents.

(Argued January 6, 1932; decided February 9, 1932.)

598

*Michael M. Helfgott* and *M. Arthur Helfhat* for appellant.
*Conrad J. Ruby* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.